UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NOs. 5:17-CR-00249-01** |
| **VERSUS** | **JUDGE HICKS** |
| **MIRANDA SIERRA** | **MAGISTRATE JUDGE HORNSBY** |

MINUTES OF COURT:
Sentencing

| | | | |
|---|---|---|---|
| Date: | January 22, 2019 | Presiding: | Chief Judge S. Maurice Hicks |
| Court Opened: | 2:20 PM | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 3:10 PM | Court Reporter: | Marie Runyon |
| Statistical Time: | 00:50 | | |

## APPEARANCES

| | | |
|---|---|---|
| Allison D Bushnell (AUSA) | For | United States of America |
| Walter M Caldwell (CJA) | For | Defendant |
| Miranda Sierra | | Defendant in Custody |

## PROCEEDINGS

The defendant's [50] Motion for Variance is denied as moot.

The Court adopts the factual findings of the Probation Office as contained in the Presentencing Report and its addendum.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the defendant is hereby committed to the Bureau of Prisons for a term of 120 months as to Count One.  This sentence shall run concurrent to the 33 month sentence relative to Counts One, Three, and Four ordered for supervised release revocation under Docket Number 5:09-CR-00202-01.  The defendant is remanded to the custody of the U.S. Marshal.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 8 years as to Count One.

The defendant was ordered to pay a $100.00 special assessment to the Crime Victim Fund.

The defendant is notified of the right to appeal.  If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals.  If defendant wishes to appeal, the Federal Public Defender's Office will be appointed to prosecute said Notice of Appeal.