To: United States District Court
Western District of Louisiana
Shreveport Division
300 Fannin Street
Clerk of Court
Shreveport, LA 71101

RECEIVED
SEP 14 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

From: Miranda Sierra  11038-035
Criminal No. 17-00249-01
Satellite Prison Camp
P.O. Box 487
Aliceville, Al  35442

Motion under 21 3582:
compelling and extrodinary
circumstances due to covid-19

The defendant is asking this district court to (1) Assign new counsel (2) make a decision based on moral judgement as there are no "stare decisis" for this to go by or be held to as there has never been such circumstances as these before the court as there are with covid-19, as well as the First Step Act recently set forth. This court is not bound by imperative precedents and is free to make moral judgements instead. (3) For this motion to take into consideration the conditions in the care and rights of the defendant as well as the factors that this court could not change due to the fact of precedents it was bound to, including that there was only one plea ever offered and in his honors

own words "such a heavy hammer" yet bound by it. (4) The defendant will lay out multiple reasons and may and more that she prays the court to take into consideration when deciding just what the court will do:

(A) Application of the prosecutions filing of 851 enhancement. Most often, not always, this is used on defendants who fail to accept proffers that the government offers, basically forcing the hand of the defendant.
  However, in this case the government never even gave the defendant the opportunity to have the indictment read before the court filed filed the 851. Not to say that the court erred in its right, just that, as in the Judges own words, "such a heavy hammer" based on the charge, it was a strong arm overkill for $350.00 of methamphetamine

(A-1) Even the defendants first counsel was blown away at the timing as he (Stephan Glassel) was of the impression the defendant would be able to go in waive arraignment plea to the violation and the indictment thrown out as "the feds don't waste time with petty ammounts such as this" (Glassel) saving the courts funding and time and effort. Which the defendant was expecting and willing to do. The result was the defendant sought new counsel

\*B\* The prior conviction that the court filed the 851 prior conviction enhancement was possession of 50 grams or more methamphetamines that the jury found her guilty of constructive possession of 34.3 grams was not 50 grams or more? (which is actually 5 grams or more?) since it is 15.7 grams less than 50 grams. The 2009 34.3 grams added to the 2017 12.5 grams together are still 3.2 grams short of being 50 grams. Although the government followed legal parameters and precedents, it is bound to, 46.8 grams are justified by 17 years? Everyday the US District Courts sentence defendants under mandatory minimums 5, 10, 15 yrs for trafficking kilos of controlled substances. What differentiates Federal drug traffickers and Drug Addicts? Does the same punishment for a cartel trafficker and someone who self medicates both deserve to 17 years over less than 50 grams combined? Does the american tax payer deserve to know that its paying for addicts to serve these ammounts of time instead of getting them mental health treatment especially when they were crying out to Probation that they needed mental counseling not drug treatment? The question posed here is just because the government legally can does it make it morally correct?

\*C\* Not only did the government file

and sentence the defendant under her mandatory minimum of 5 years enhanced to (851 prior conviction making it 10 years) but this defendant also was sentenced to 84 months for the prior conviction that she served all but 1yr that was good credit time for 34.3 grams, she also did not receive the full 54 days per year that she can't get back (as the courts have recently learned the Federal Bureau of prisons were actually shorting inmates to only receiving 47 of those days) so she served over that time, she also did not received 3621e for RDAP as at the time the Bureau used a 1998 pardoned offense against her, even "A pardon doesn't excuse an offense the 11th district is cited as saying." Yet the defendant chose to take it anyway. (Now policies have changed and she qualifies for 3621 e !?) So she served 72 months to the door, then she has also served 2 years on supervision and has completed the 33 months of the revocation, that is 129 months for the 2009 conviction over 10 years, that was 84 months!? for constructive possession of 34.3 grams of responsibility. I now ask the court to acknowledge the completion of this sentence in full. (C-1) And asking the court to also acknowledge the courts application, not only

did this court apply these sentences that she served in its entirety, but this court also used this conviction to change the criminal history from a 2 to a 4; but also raised the criminal conduct higher for being on probation at the time, and prior history - raising the guidelines to 57-71 months for the new guideline on the new charge, thats 3 times it was used against me, so not only did I served the sentence without benefits, even shorted on earned good time and its revocation, but then the government hit me 3 times on the PSR and ontop of all this it applied an 851 enhancement! Also did the court err in sentencing the prior conviction under 50 grams or more when I was held responsible for 34.3 grams a point that my case manager pointed out! All of this is sealed tight under its legal applications but is it morally correct? The sentencing courts don't have moral wiggle room, which Attorney General William Barr is diligently trying to fix as this is such a financial strain upon the american taxpayers.

*D* One of its new directives that have passed is the First Step Act, it has done away with 15, 20, 25, 30 year mandatory minimums, and it makes allotments for defendants sentenced under 851 enhancements stating that upon completion of a Vocational Training course the defendant can apply

back in its district court to ask the court to set aside 851 enhancement, to lighten the financial burden placed on the FBOP with stacking sentences - and encouraging inmates to learn skills that are proven recidivism lowering. This inmate includes verification of her transcript showing not only did she pay out of her commissary account to take cosmotology and her class was due to be the first class to take state boards due to have graduated August 3, 2020. Due to covid-19 she doesn't get that chance - after only completeing 691 hours, and no refund, even class practical implements were donated to future applicants, as the FBOP went to no visitors no classes no movement in Jan. 2020 - Aug 3rd she would have had 1500 class hours, her hours are transferable upon release but no longer at any other institution. She also upon signing a manage-ment varible to not transfer until complete. The FBOP has been shut down since 1-2020. And now has shifted me to the satellite camp here as my custody level according to William Barr was too low to stay inside the fence. Cosomotology is not offered here at Aliceville Camp. Due to covid-19 and transfer now have been sent where I cannot benefit from programming.

*E* Although the defendant was placed in modified movement from Jan 2020 thru March 2020 - due to covid-19; then

complete lockdown March 2020 letting no movement, no visitors, half staff, only one hot meal a day and only 1 hour each day to shower, clean cells, call family; from 3-2020 till 8-2020 and still modified to this day. This inmate did not use this time as most inmates to get high or be disruptive, she once again came out of her commissary account to utilize this time to further her education, through correspondance, bureau approved, Blackstone Career Institute, and Stafford University to Paralegal and ATV repair, that she hopes will help her rehabilitate and give her a positive outlet upon release. Although she was not able to complete Cosmo which would have given your Honor to set aside my 851 enhancement, I ask you to recognize I did not let this failure to complete stop me - I used it as an obstacle that I overcame, which is a skill I needed in my cognitive thinking which I contribute to the meds and time I've had to learn. I will complete this course December 2020 and the other in March 2021. This will give me the 691 cosmo hours, 912 paralegal hours and 712 ATV hours, thats 2315 hours of programming hours to give me 2 years off my sentence but also it gives a better benefit that can apply now in court to set aside the 851 as it is now in the courts power due

to covid-19, due to covid-19 the entire FBOP is shut down and forsees no definative opening as FLU season is approaching, and there is still no cure nor vaccine, this opens the door for Judges to make these decisions as the Bureau has its hands tied. I even asked for home confinement and washington sent me here. Without even asking or signing to agree.

(*D-1*) which took me from being only minimum contact with other inmates to an open barrack which is impossible to use social distancing.

(*D-2*) Before being sent to camp I had to spend 28 days in quarantine and take 2 corona tests during this time, the FBOP opened small transfers as a test due to so many defendants being denied normal programming and benefits so 2 bus loads of new inmates arrived from Louisiana and Oklahoma the first 22 inmates 2 were positive in 24 hours and 12 more were positive a day 8; The second shipment 20 of 20 were infected upon first 24 hour testing. At this time they also brought over inmates that were already here for RDAP transfers 4 of them who were already here were positive. This is terrifying to us here. FLU season hasn't even begun and this is not a medical environment, not for 1,300-1,600 inmates we have only 1 doctor and in such a remote place the hospital

here cannot handle its community much less a small city such as a federal prison. One of my concerns is my 10 year sentence for 12.5 grams going to be a potential death sentence. I have chronic bronchitus and the medical staff don't have 1 moment extra with all these people to sit down and actually look into 16 years of medical diagnosis even though its diagnosis's from other federal facilities, they want me to PAY $20.00 to print them and then show them and they'll see me when they can to update me to high risk!?! When I asked to be considered for home confinement they answered that I have seizure disorder and bipolar!? (Yet they took my bipolar medication seroquel a year ago lol) Even your Honor knows I had more diagnoiss in my transcripts and LSUS GI doctors, than just those two problems, instead they just sent me to camp? They want me to pay for 782 pages of medical records so they can change my high risk instead of just taking time to do it - even if its their job! I'm one of 1,600 inmates, They don't have enough medical staff for this kind of pandemic. I have Degenerative Disk Disease, Asthma, Chronic Bronchitus and Ulcerative colitus which hinder my immune system, they are so far behind I put in sick call in Dec 2019 and have not been seen today is Aug 31st 2020! I challenged it and no response has been

given - I'm sorry Ms Sierra we are just this far behind - I asked for laxatives in quarentine as we were not allowed commissary those 28 days I put in a sick call and my ulcerative colitus has me laxative dependent, I told them I had not had a bowel movement in 6 days and everytime I try I get only blood - that was 7 weeks ago - and they have yet to see me, I'm tentively set to be seen in December! I hope its this year.

(*E*) When I was at Caddo and your court we went to great lengths getting me on the right medication regiment, upon my arrival with no psychatrist, no medical doctor on staff the changed my medication to what they give here my seizure medication was changed to Keppra which not to be crushed plainly states on it "facts page" do not chew etc, side affects is stomach and digestive issues as well is known to cause dental decay - due to covid-19 I've had no dental services a 2 teeth that could have been saved with root canals that started in Sept 2019 - and was turned away the next day the tooth broke in half and I've been waiting a year now my front tooth cannot be saved and unless I have an infection I can't be seen even if it has an infection it's no dental going on for the past 8 months! My 4th right in the FBOP is I have a RIGHT TO ADAQATE

Medical and dental care — these rights are not being met due to covid-19.

(E-2) My medication cymbalta also says do not crush causes heart palpatations that can be fatal, and intestinal problems.

(E-3) My cogentin has a severe side affect cause bad bowel blocks without access to medications I have gone 2 weeks without bowel movement my maternal grandmother died of her bowels imploding inside of her I have the same disease its in my medical records — yet my appointment is in December. I have been scheduled since last October to see the GI doctor I've inclosed medical response to this appointment its been a year almost. Not only do if have this problem but for 8 months our dinner bags contained be peanut butter or cheese sandwhichs every dinner, Allowed only $50— every other week to buy which includes hygenie, they were constantly out of laxatives, MOM, etc and sick call? Not happening. I know its not personal, and staffing is an issue, but this is like a bad episode of M*A*S*H.

(E-4) I'm bipolar yet they took my seroquel upon entering here as they believe it was abused here, Never mind, meth, suboxone, street pills are flooded on this compound but someone who needs and wishes to to get mental health cannot get it!

(E-5) I've litterally waiting 6-10-12 months for sick calls before covid-19 as they only had

2 MLPs and 3 nurses, No Doctor, etc till covid-19 and even with hiring its still a year to been seen. I've had tarry, black, snotty stools for 2 years and have been scheduled to see a GI yet its been a year and I've enclosed medicals response. covid-19 covid-19 etc.

(*F*) During this pandemic my 10 yr old son Markas has also had these symptoms and hospitalized 2 times at age 4 of this hereditary disease that killed my grandmother. he has been with his father in GEORGIA since my incarceration, his father has been laid off since covid-19 and now has 6 kids to care for he cannot afford internet schooling nor is he a graduate or GED passed, my father will be 80 in October and cannot take on a 10 yr old, my mothers father passed away 8-2019 and due to covid-19 has been barely living waiting on probate court to sell his home she can't even feed herself much less take on my child, she is also not staying clean, as I've been told. My brother has been out of work since before my incarceration, he lives in a 2 bedroom with his fiancé their daughter, her mother, and occasionally her siblings finacially he cannot handle him, nor is it a drug free invironment, my sister has married her husband makes great money but he works out of state she lives alone with her mentally challenged son and her newborn daughter and possibly will be

taking on our mother, Its also not a drug free environment. Nor does Markus want to be taken back to Louisiana.

(*G*) I have relocated to my father-in-laws home in Fort Payne Alabama, who is a Retired Vetern, and retired from Flowers bread company. He also has testicular and prostate cancer, he has never used illegal drugs, nor even smoked a cigarette – he is finacially able to take on not only me but my son as well; he doesn't drink. Its a great fit as he and my father are friends and my sons father and my father are 45 minutes away. Its a new place and almost into Mentone that is even a dry town. I will be distanced and not any way contacted with the family that encouraged and enabled my criminal activity and drug addiction.

(*H*) Most of all that I learned and dealt with without replase is the impact of being sentenced to 10 years for 12.5 grams and 5 days later my oldest son was gunned down over someone else's $40- herion debt. I know despite ever using even seeing herion my lifestyle still encouraged and exposed him to the life that ended his. Honestly nothing else in my life has caused me such guilt, grief and pain, if I were to use drugs at this point it would mean Chad's life meant nothing and he was my first born, my best friend, and its has crippled me with guilt. Noting that my drug of choice is so plentiful here and that I not once would dare, to

try and cope my usual way. Maybe its the awakening maybe its my medication stabilized, but I am done, the life that I Loved took the last thing I was prepared to give it. Stating that the easiness and availability of getting these drugs in here being easier than on the streets should be a greater concern to the government and its operatives more than placing its defendants here for rehabilitation where its free to live and easy to stay high. I can say dealing with this and not turning to use has felt better than I have in years, knowing I can do it.

(*I*) I am now asking the court to actually take a look at both the Revocation case as well as this case and to see the actual constructive possession of the prior offense of 34.3 grams does not meet its requirements of 50 grams or more that I was sentenced to in 2010. the 34.3 grams added to the 12.5 grams combined does not reach the 50 grams or more its still short 3.2 grams. Combined with the compelling and extrodinary circumstances due to covid-19 to put my health, physically, mentally, dentally in a basic competition to get medical attention as these institutions do not have the personell to handle these circumstances despite their trying. this is such a remote place the community cannot handle the bad cases - nor are the institutions reporting the actual positive cases - online - there

are agencies whistle blowing the BOP's attempts of covering up. If we aren't here they have no job! And as an officer here said "It's not like other places are hiring right now". Now the virus is ramping up. New inmates carrying covid from Louisiana and Oklahoma, with 90% infection rates. The fact that the camp is out working in the community and returning to open dorms with no social distancing. This combined with medical staff constantly say unless you are dead or dying it could be months before you get seen, and Ms Sierra we are overwhelmed and understaffed, we are so far out companies are behind delivering food much less medicines. There again is no social distancing in military barracks! I have a right to medical and dental care pandemic or not my rights are infringed upon. Attorney General William Barr gave the BOP a directive and pattern assesments to place non violent small level drug offenders into Home Confinement to date this institution only placed one person under this directive and "she was 71 yrs old is the only reason why" (Ms Cash) she'd had 5 yrs left never clear conduct others they placed we already had dates to halfway houses. They use the excuse that our pattern scoring was not minimum - but my custody level is? These officers are constantly heard talking together the financial impact the lockdown held on them and their families - they let us go they

have no jobs. Is my life worth their paychecks? Attorney General William Barr also gave the directive that if the only thing keeping an inmate from Home Confinement is their minimum scoring, send them anyway - Pandemic is serious. If an inmate dies who is held accountable when you had the opportunity to prevent it from happening - William Barr stated low level, no violent drug offenders - release them the BOP is ignoring his directives, they are ignoring Judges - its a war that I'm stuck in. The institutions won't follow, this is now in the District Courts hands, you won't release, but you bring more and more infected people into a controlled environment, you see I live here if I catch the flu its because of those who don't bring it in. So as I said - they are leaving it in the hands of the District Courts even the wardens are scared to use the power to decide by the Attorney General. And the courts have no authority to decide the BOP's directives but they do have the power to reduce sentences, remand sentences, lower w/ more stipulations etc. Hoping you release realize the dangers and even Charles Manson got medical treatment for bleeding bowels before he died! The danger with 1300-1600 inmates 1 medical doctor. 23 hour lockdown not to mention the mental issues involved with solitary confinement and knowing I may die in here before they can see me. To reduce the sentence with

stipulations - probational electronic monitoring for the remainder of my sentence. The factor mainly being denied the benefits I qualify for under first step act - The RDAP will be so far behind before this pandemic is over legally I'm qualifed for 2 years of first step - 1 year of RDAP - 1 year for 2nd chance - which would be the 851 being set aside - or just reducing it under compelling and extrodinary circumstances due to covid-19 - since you are not bound to any laws or precedents due to compelling and extrodinary circumstances you are now just morally bound. To reduce the sentence would take $40,000 - a year plus medications off the federal budget for just one inmate that $350 - worth of methamphetamines is costing.

(*J*) Most of all the first step Act was put into effect for inmates like me, it gives me 15 days a month ontop of 54 days a year, the completion of certain programs due to covid-19 I've been pulled and unable to finish that I paid for and do not get refunded. I will be lucky after the lockdown to get any first step benefits. with FlU season coming quick no cure, no vaccine (even when/if we'll be the last to get) It will be so completely backed up that I'll not ever see the benefits of these Acts that I finally qualify for and removed from the one I was in...

this for this reason I beg this District Court to use its authority that due to compelling and extrodinary circumstances it is no longer bound to follow precedents... as they no longer apply due to covid-19, and to reduce my sentence with any stipulations this court wishes to imply. (such as finish schools, curfews, monitoring, counseling, medication regimes etc) I also ask this content to be sealed.

There are no precedents this court is bound to under this pandemic and this Judgement is solely in the moral judgement of this court, and this Judge. I beg and pray for your compassion.

x _____
Miranda SIERRA 11038-035
Satellite Prison Camp E-16L
PO Box 487
Aliceville, Al 35442