TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-E-E

----

FROM: Warden
TO: 11038035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/17/2020 11:42:02 AM

noted.

>>> ~^!"SIERRA, ~^!MIRANDA" <11038035@inmatemessage.com> 7/16/2020 2:45 PM >>>
To: Warden
Inmate Work Assignment: VT Cosmo

I have submitted for your review a BP-9 with intent to file under 21 USC 3582
Thank you

*Warden as of 8/30/2020 has failed to respond under bureau policy he had 30 day from 7/17/20*

TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-C-A

----------------------------------------------------------------------------------------

FROM: 11038035 SIERRA, MIRANDA
TO: Warden
SUBJECT: ***Request to Staff*** SIERRA, MIRANDA, Reg# 11038035, ALI-C-A
DATE: 05/21/2020 02:45 PM

To: Warden Bradley
Inmate Work Assignment: VT Cosmo

THIS IS A REQUEST FOR AN ADMINISTRATIVE REMEDY (BP-9)

I am requesting that you file for me 3582 due to compelling and extraordinary circumstances due to covid 19
I have a number of medical conditions that compromise my immune system (chronic bronchitis that I have had and can be located through medical records from Dublin, Ca and Carswell, Tx and Tallahassee, FL I have ulcerative colitis that I just got diagnosed at SLUES before I was arrested, however in all these institutions I have always had digestive issues chronic digestive issues as well as I lost my maternal grandmother at 53 with intestinal cancer, and my biological father has ulcerative colitis and intestinal cancer and I just lost my biological grandfather to the same in November. I had a lab done here and was approved to have a colonoscopy however due to covid 19 that will not happen until after this is settled?!? whenever that is... I also am having serious dental issues due to the fact that upon my arrival my seizure meds were changed to a medication that causes tooth and root decay. There is no dental sick call or appointments during this time. I also have a number of mental health issues that are causing me to have issues locked behind a door and realizing that my ten year sentence could possibly be a death sentence I have family that are sick and I am sick myself already. I have been told by unit team they are requesting for me to go to camp? but there is no inmate movement and possibly won't be. If I were at home I would be able to get the medical and mental help and care that I need, especially when every time I try to pass stool I end up passing blood as well, I live off laxatives also because the majority of the meals I am served are peanut butter and processed sandwich meat and bananas I can choose to double over on the toilet or not eat at all. This is not humane. I understand you are limited in what you can do about the meals and this situation, but morally you can and legally at this time you have the authority to make decisions for your inmates that are special cases.

I beg you to assert your authority. In my case to either put me in for home confinement or file a 3582 on my behalf.
Thank You

THIS IS A REQUEST FOR AN ADMINISTRATIVE REMEDY

*NO Response as of 8/30/2020* (handwritten)

TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-C-A

---

FROM: 11038035 SIERRA, MIRANDA
TO: Warden
SUBJECT: ***Request to Staff*** SIERRA, MIRANDA, Reg# 11038035, ALI-C-A
DATE: 05/21/2020 02:29 PM

To: Warden Bradley
Inmate Work Assignment: VT Cosmo

THIS IS A REQUEST FOR AN ADMINISTRATIVE REMEDY: (BP-9)

I am requesting that you do one of two things:

1- Put in my papers for home confinement under this new law and first step act: I have already asked my case manager Ms Cash and my unit manager Ms Hill to put me in for it. They have both replied that I do not qualify because I am medium and not minimum, I challenged them that Attorney General Barr's instructions state that the rate is not the only reason to disqualify an inmate, that just because their rate is higher they should still be considered. The first round of people that the Grand Prairie sent out for home confinement were inmates (Sherri rice who was high and ms levy who was low) neither of these inmates qualified at that time because they had shots. Ms Levi's was just overridden by you and she is not minimum, therefore I am requesting that I be considered upon these grounds.
Other factors of mine: I have been shot free since 2005
    I have a release address here in Alabama ( 4708 Hawthorne Drive Fort Payne Alabama 35967
      Danny Kuykendall 256-634-4125  256-997-3235
      you can also reach him through Juanita Hall 470-345-7128)
  I have $1,400.00 in savings
  I will be helping with my father in law because he has testicular and prostate cancer
  I also have medical and dental issues medical issues that compromise my immune systems
    also seizures.

THIS IS A REQUEST FOR AN ADMINISTRATIVE REMEDY

MIRANDA SIERRA 11038-035

*No response as of 8/30/2020*

TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-C-A

---

FROM: 11038035 SIERRA, MIRANDA
TO: Warden
SUBJECT: ***Request to Staff*** SIERRA, MIRANDA, Reg# 11038035, ALI-C-A
DATE: 05/20/2020 06:34 PM

To: Ms Bradley
Inmate Work Assignment: VT Cosmo

I am asking that you file for me 3582 for compelling and extrodinary circumstances under covid 19. I have epilepsy, chronic bronchitus, I am supposed to be going for a colonoscopy so that the bureau can verify that I ulcerative colitis and blood in muy stool all the time, my seizure medicine that I have here kepra is rotting my teeth and we have no access to dental treatment, I dont' have the medicine I have always taken because it is not given here.
Please file for me

Request for warden to check medical records and use her authority to place me on home confinement due to high risk factors later returned by captain denying due to only having 1 year of medical records I challenged and got lost in the papers due to change of wardens, AW's, etc.

Compassionate Release/Reduction In Sentence
Sierra, Miranda
Register No.: 11038-035

Under the provisions of Title 18, United States Code, Section 3582 (c) (1) (A), and the Bureau of Prisons' Program Statement 5050.50, has been given careful review, which included updated medical and case summary information. Based upon this information, your request for a Compassionate Release/Reduction In Sentence (RIS) has been denied.

Currently, you do not meet the criteria for Inmates with Medical Conditions. A review of your recent medical summary reflects you have been diagnosed with seizures and bipolar disorder. Although you have these medical conditions you are able to independently attend to your activities of daily living. Medical staff will continue to monitor your conditions as clinically indicated.

In compliance with the Bureau of Prisons' Program Statement 5050.50, you may appeal this denial through the Administrative Remedy Program.

I suggest you work with your unit team and your designated medical and mental health team to address your needs, as they may arise.

_[signature]_      6/23/20
Katina Heckard, Acting Warden      Date

*[handwritten note:]* denial stating these are my only medical problems even this court can see they did not dig any further than 1 yr into medical records- when I have 20 yrs & 3 institutions of records then want me to pay $20.00 for them to look?!

B A
1 of 3

TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-C-A

---

FROM: 11038035 SIERRA, MIRANDA
TO: Health Services
SUBJECT: \*\*\*Request to Staff\*\*\* SIERRA, MIRANDA, Reg# 11038035, ALI-C-A
DATE: 07/18/2020 02:55 PM

To: HIT
Inmate Work Assignment: non

I need a copy of my medical records from
\*2001-2006=from FCI dublin and FMC carswell
\*2009-20016= from FCI tallahassee and FMC carswell
\*2019-2020= FCI Aliceville




U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*
*Aliceville, Alabama 35442*

July 21, 2020

MEMORANDUM FOR: Inmate: Sierra, Mirand #11038-035
FROM: Health Information Management

SUBJECT: Cost for Requested Medical Records

You have requested a copy of your medical records for the following Medical Records listed below, after review of your health record the following cost will apply for the releasable copies you have requested below. Be advised your medical records will not be printed until your funds have been debited from your commissary and I receive a receipt. Please know that this is a timely process. Provide a copy of this letter to your counselor to start the process.

**January 2001-January 2002 = 30 pages**
**January 2002-January 2003 = 19 pages**
**January 2003- January 2004 = 21 pages**
**January 2004-January 2005 = 103 pages**
**January 2005-January 2006 = 35 pages**
**January 2006-January 2007 = 21 pages**
**January 2009-January 2010 = 4 pages**
**January 2010- January 2011 = 6 pages**
**January 2011-January 2012 = 243 pages**
**January 2012-January 2013 = 208 pages**
**January 2013-January 2014 = 62 pages**
**January 2014- January 2015 = 22 pages**
**January 2015-January 2016 = 4 pages**
**January 2016-January 2017 = 4 pages**

B
3 of 3

Total pages = 782

A fee of $18.20 is due to process your Medical Records request.

**Due to policy, NO HIV results are given to inmates.**

You need to have the counselor do a request to take these funds from your commissary account. When I receive the receipt showing your commissary has been debited for your total cost, your Medical records will be printed and you will be placed on the call-out.

TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-E-E

---

FROM: Health Services
TO: 11038035
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/15/2020 12:12:02 PM

The physician does not receive email from this mail box. A review of your medical records shows you have a pending off-site consult for colonoscopy. Due to security considerations, you will not be told in advance of the date/time/location of this appointment. Additionally, many off-site clinics are operating with limited hours or are not open at all due to the pandemic, so visits to these clinics are significantly delayed. Finally, to request copies of medical records, submit a written (not electronic) request to staff through the institutional mail addressed to the HIT.

>>> ~^!"SIERRA, ~^!MIRANDA" <11038035@inmatemessage.com> 7/14/2020 3:07 PM >>>
To: Dr
Inmate Work Assignment: non

What happened to my colonoscopy that I was appoved for ? am i just going to be skipped over due to corona?
Also I have paper copy asked for my medical records for 2001 -2006 dublin and carswell and 2009-2016 tallahassee and carswell ive emailed for them and its been since we locked down I dont understand why I cannot get them

*[Handwritten note:]* October 2019 was approved to GI consult almost 1 year still no appointment

TRULINCS 11038035 - SIERRA, MIRANDA - Unit: ALI-E-E

---

FROM: Fighters, Freedom
TO: 11038035
SUBJECT: RE: ?
DATE: 05/23/2020 07:51:01 AM

When I say each facility is doing their own thing, trust that. Each facility seems to be on a rampage to do their own thing despite what Barr, or even Judges say. All the wardens need to be removed, there should be no warden, there should be a Campus Manager, who manages everyone with compassion and care, and not hate and disgust. Trust me, I've started a campaign.....It's time to oust every warden who doesn't want to comply with the directives from their boss.

to answer you question, no, there isn't anything anyone can do right now. We have the ACLU fighting with us as well as congressmen and governors....somehow, these facilities are permitted to do what they want..and they aren't scared about it!

MIRANDA SIERRA on 5/22/2020 7:35:46 PM wrote
Any suggestions on how to get your institution to submitt you for Home comefinement if your pattern score is not minimum? That is the only factor keeping me from it, even though Attorney general William Barr says that they cannot do that?

*[handwritten note:]* NON profit organization comments on bureau's failing to follow Attorney Generals directive

# BLACKSTONE CAREER INSTITUTE
1011 BROOKSIDE ROAD, SUITE 300, P.O. BOX 3717, ALLENTOWN, PA 18106-3717

July 16, 2020

Miranda Sierra  11038-035
F.C.I.
PO Box 4000
Aliceveill  AL  35442

Dear Miranda:

We are excited to have you as a new student in our 31 Lesson Legal Assistant/Paralegal Certificate Program. We know from the many students who have completed the program that you will get a great deal of enjoyment and satisfaction from your studies.

The Pennsylvania Department of Education has very specific regulations regarding student enrollment. In order to complete your file, students must demonstrate that they have completed high school or possess a GED. However, you are able to start your course while taking necessary steps to provide BCI with these documents. Acceptable documents include:

- High school transcript or copy of high school graduation diploma or GED credentials
- Letter from your school district or state department of education attesting to your high school graduation or attainment of GED credential
- Letter stating completion of your secondary school education in a home school setting that qualifies as an exemption from State compulsory attendance requirements
- Letter from your school district or state department of education stating due to age of the records requested, they cannot be located.

We need this documentation prior to the release of your graduation documents. You can fax, email, or mail your documents to our Student Services Department. Thank you!

Sincerely,

*Valerie L. Behrle B.S., M.Ed.*

Valerie L Behrle B.S., M. Ed.
Education Department
cc: Student File #08043755



A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu